# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 15-60308
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2015

Lyle W. Cayce
Clerk

EFFORT ALEXANDER,

Plaintiff–Appellant,

versus

DESOTO COUNTY, MISSISSIPPI; CITY OF HORN LAKE, MISSISSIPPI,

Defendants–Appellees.

———————

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:14-CV-135

———————

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing *pro se*, Effort Alexander challenges the dismissal, as barred

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60308

by the Mississippi one-year statute of limitations, of his action against the defendant governmental units for placing an allegedly unjust cloud on his property. In a short but sufficiently explanatory order, the district court determined that "Alexander has not alleged continual unlawful acts" but only ongoing injury. It is the acts, however, and not the injury, that triggered the running of limitations.

AFFIRMED.